UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BECKY WESBERRY**<br>2406 Club Meadow Drive<br>Garland, TX 75041<br><br>and<br><br>**JIM WESBERRY**<br>2406 Club Meadow Drive<br>Garland, TX 75041<br><br>   **Plaintiffs,**<br><br>v.<br><br>**UNITED STATES OF AMERICA**<br><br>SERVE:<br>The Honorable Loretta Lynch<br>Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20530<br><br>Vincent H. Cohen, Jr.<br>U.S. Attorney for the District of Columbia<br>555 4th Street, N.W.<br>Washington, D.C. 20530<br><br>Hilary Tompkins, Solicitor<br>U.S. Department of the Interior<br>Office of the Solicitor<br>1849 C Street, N.W.<br>Washington, D.C. 20240<br><br>   **Defendants.** | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: Civil Action No. _____<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

LAW OFFICES
KOONZ, MCKENNEY,
JOHNSON, DEPAOLIS
& LIGHTFOOT
JAMES MONROE BUILDING
2001 PENNSYLVANIA AVE., N.W.
SUITE 450
WASHINGTON, D.C. 20006

(202) 659-5500

# COMPLAINT

## JURISDICTION, VENUE, AND PARTIES

1. Jurisdiction of this Court over Defendant United States of America ("United States") is invoked pursuant to the Federal Torts Claims Act ("FTCA"), 28 U.S.C. §§ 1346(b), 2671.

2. Plaintiff Becky Wesberry is a resident of Texas.

3. Plaintiff Jim Wesberry is a resident of Texas.

4. The cause of this action arose in the District of Columbia. Accordingly, venue is proper with this Court under 28 U.S.C. §§ 1402(b), 1391(e).

5. Notice of Plaintiffs' tort claim was received by the United States through its agency the Department of the Interior, on June 27, 2014. Thus, more than six months have passed without a final disposition allowing Plaintiffs to commence this action pursuant to 28 U.S.C. § 2675(a).

6. Amounts claimed were Five Hundred Thousand Dollars ($500,000.00) in personal injury damages and One Hundred Thousand Dollars ($100,000.00) for loss of consortium.

## FACTS

7. Plaintiffs incorporate, by reference, paragraphs one through five of this Complaint as though fully set forth herein.

8. On or about April 28, 2014, Plaintiffs – who are retired – were visiting the District for the first time in a number of years.

9. On or about April 28, 2014, Plaintiffs went to Ford's Theatre Museum.

10. Plaintiffs entered through the Theatre's main lobby.

LAW OFFICES
KOONZ, MCKENNEY,
JOHNSON, DEPAOLIS
& LIGHTFOOT
JAMES MONROE BUILDING
2001 PENNSYLVANIA AVE., N.W.
SUITE 450
WASHINGTON, D.C. 20006

(202) 659-5500

2

11. After browsing the Museum, Plaintiffs exited the building.

12. Plaintiffs exited through one of five doors.

13. The exit consisted of a short landing area and two low-rise steps that open to a sloped brick sidewalk. No hand rails were present at the exit.

14. Plaintiff Becky Wesberry walked out of the building, unaware of the two low-rise steps.

15. Plaintiff fell on these steps, striking her face. Plaintiff lost consciousness and incurred multiple facial lacerations at the scene.

16. National Park Service Rangers responded to control Plaintiff's hemorrhages.

17. A D.C. Fire & Emergency Services unit arrived and transported Plaintiff to George Washington University Hospital via ambulance.

18. As a result of the fall, Plaintiff Becky Wesberry suffered a broken hip which required extensive surgery and a prolonged hospital stay. Plaintiff then continued treatment in Texas – including a series of physical therapy sessions and psychiatric visits. Plaintiff sustained a permanent injury as she still experiences pain and limitations due to her hip.

## COUNT I
### (Negligence – United States)

19. Plaintiffs incorporate by reference, paragraphs one through eighteen of this Complaint as though fully set forth herein.

20. Defendant United States, as the property owner, owed Plaintiffs, as invitees on the premises, a duty to maintain the premises in a reasonably safe condition – including the designated exits where Plaintiff Becky Wesberry was injured.

LAW OFFICES
KOONZ, MCKENNEY,
JOHNSON, DEPAOLIS
& LIGHTFOOT
JAMES MONROE BUILDING
2001 PENNSYLVANIA AVE., N.W.
SUITE 450
WASHINGTON, D.C. 20006

(202) 659-5500

3

21. Defendant breached this duty through negligent acts and/or omissions that include, but are not limited to, the following:

(a) failure to provide hand rails to prevent a risk of falling in an area that Defendant knew or should have known would be traversed by invitees;

(b) failure to assure steps were properly proportioned;

(c) failure to provide slip-resistant stairs (e.g. by use of treads or other slip-resistant material);

(d) failure to mark, warn, or otherwise indicate an unsafe or dangerous condition on the premises where Defendant knew or should have known of said dangerous condition;

(e) failure to provide an adequate pedestrian pathway and/or stairway to the street and/or other areas outside the Ford's Theatre Museum building;

(f) failure to utilize signs, barriers, observable markers (e.g. stairway lighting), and/or bright paints in an effort to lessen the likelihood of slip-and-fall accidents and/or tripping hazards;

(g) failure to construct or maintain sidewalks and/or steps in conformity with nationally recognized safety standards, including but not limited to the National Fire Protection Association ("NFPA") standards; and

(h) such other acts or omissions that may be uncovered during discovery.

22. As a direct and proximate result of Defendant's negligence, Plaintiff Becky Wesberry fell and sustained serious and permanent injuries.

23. As a further proximate result of Defendant's negligence, Plaintiffs have incurred travel and medical expenses and will continue to incur medical expenses for care

LAW OFFICES
KOONZ, MCKENNEY,
JOHNSON, DEPAOLIS
& LIGHTFOOT
JAMES MONROE BUILDING
2001 PENNSYLVANIA AVE., N.W.
SUITE 450
WASHINGTON, D.C. 20006

(202) 659-5500

in connection with the incident; have incurred expenses for modifications to their home arising from the injuries sustained in the incident; and have suffered and will continue to suffer much mental pain and anguish associated with the incident.

WHEREFORE, Plaintiffs demand judgment against Defendant in the full and just amount of Five Hundred Thousand Dollars ($500,000.00), plus costs and interest.

### COUNT II
### (Loss of Consortium)

24. Plaintiffs incorporate by reference, paragraphs one through twenty-three of this Complaint as though fully set forth herein.

25. Plaintiffs were married at the time the cause of action arose, and Plaintiffs continue to be married.

26. As a direct and proximate result of Defendant's negligence, Plaintiff Jim Wesberry suffered and continues to suffer a loss of consortium with his wife, including but not limited to a loss of his wife's support, services, society, companionship, love, affection, aid, cooperation, marital relations and comfort due to the serious injuries and damages suffered by Plaintiff Becky Wesberry.

WHEREFORE, Plaintiff Jim Wesberry demands judgment against Defendant in the full and just amount of One Hundred Thousand Dollars ($100,000.00), plus costs and interest.

Respectfully submitted,

KOONZ, McKENNEY, JOHNSON,
DePAOLIS & LIGHTFOOT, L.L.P.

_____
William P. Lightfoot         #313593

LAW OFFICES
KOONZ, McKENNEY,
JOHNSON, DePAOLIS
& LIGHTFOOT
JAMES MONROE BUILDING
2001 PENNSYLVANIA AVE., N.W.
SUITE 450
WASHINGTON, D.C. 20006

(202) 659-5500

          Paulette E. Chapman  #416437
          Kelly J. Fisher    #488431
          2001 Pennsylvania Avenue, N.W.
          Suite 450
          Washington, D.C. 20006
          (202) 659-5500
          *Attorneys for Plaintiffs*

LAW OFFICES
KOONZ, MCKENNEY,
JOHNSON, DEPAOLIS
& LIGHTFOOT
JAMES MONROE BUILDING
2001 PENNSYLVANIA AVE., N.W.
SUITE 450
WASHINGTON, D.C. 20006

(202) 659-5500